IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MALCOM C. MACK                                                                                    PETITIONER

v.                                    Case No. 4:24-cv-4016

SHERIFF WAYNE EASLEY                                            RESPONDENT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 14. Judge Bryant recommends that Petitioner's petition for writ of habeas corpus (ECF No. 1) be denied as moot and dismissed with prejudice. Judge Byrant recommends so because Petitioner is no longer detained in the Miller County Detention Center ("MCDC") following a plea agreement and thus no habeas relief can be granted.

Petitioner filed a timely objection. ECF No. 15. However, Petitioner does not address the reasoning underlying Judge Bryant's recommendation. Petitioner does not refute that he has been released from custody following a plea agreement sentencing him to a probationary period. Rather, Petitioner asserts his grievances with bond matters and disagreements with his Public Defender counsel even though neither issue was among the grounds for relief listed in his petition. Therefore, the Court does not view Plaintiff's objection as sufficiently specific to require a *de novo* review of Judge Bryant's R&R. *See Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994) (noting that a specific objection is necessary to require a *de novo* review of a magistrate's recommendation instead of a review for plain error).

Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 14) *in toto*. Petitioner's petition for writ of habeas corpus (ECF No. 1) is hereby **DENIED AS MOOT** and **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 16th day of May, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge